### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

CARL RUSSELL CARTER, JR., ADC #159268                                    PLAINTIFF

v.                              NO. 3:15CV00090 JLH/JTR

BRETT DUNCAN, Administrator,
Craighead County Jail, *et al.*                                          DEFENDANTS

### ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his claims against Duncan and Hall.

2. The Clerk is directed to prepare a summons for Duncan and Hall. The U.S. Marshal is directed to serve the summons, complaint, and this Order on them without prepayment of fees and costs or security therefor. If either defendant is no longer a county employee, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

3. All claims against the Craighead County Jail are dismissed with prejudice.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 7th day of August, 2015.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE