# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CARL RUSSELL CARTER, JR.,                                              PLAINTIFF

V.                             3:15CV00090 JTR

BRETT DUNCAN, Administrator,
Craighead County Jail, et al.                                          DEFENDANTS

# ORDER

On October 6, 2015, Plaintiff filed a Statement explaining that he has been released from custody and is currently residing at a private address in Jonesboro, Arkansas. *Doc. 26.* In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1.   The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

2.   Plaintiff must file, **on or before November 9, 2015**, a properly completed freeworld Application to Proceed *In Forma Pauperis.*

3.   Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Dated this 8th day of October, 2015.

                                                       /s/ J. Thomas Ray
                                  UNITED STATES MAGISTRATE JUDGE