# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CARL RUSSELL CARTER, JR.,                 PLAINTIFF

V.                 3:15CV00090 JTR

BRETT DUNCAN, Administrator,
Craighead County Jail, et al.                 DEFENDANTS

## **JUDGMENT**[1]

Consistent with the Order of Dismissal entered today, this case is DISMISSED, WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On September 16, 2015, the parties consented to proceed before a United States Magistrate Judge. *Doc. 24.*